**SKILLMAN GROUP, PLC**
2150 Butterfield Ct, Suite 210
Troy, MI 48084
Phone: 248-641-5020  Fax: 248-641-5030

Peter Schneider
c/o Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226

January 31, 2014

---

**FOR PROFESSIONAL SERVICES RENDERED**

Services rendered to date including:

- Review partnership returns tax returns
- Review McDevitt Land Contract
- Review Sales agreement
- Review Operating agreement
- Review promissory note
- Calculate partner capital account
- Teleconferences and emails with Peter Schneider regarding the same.

Total Amount Due     $ 905